IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CHARLIE PATTERSON TAYLOR,

    Petitioner,

v.    Civil Action No. 3:08cv795

UNITED STATES OF AMERICA, et al.,

    Respondents.

## MEMORANDUM OPINION

Taylor, a former United States prisoner, filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Taylor asserted that under Amendments 706 and 711 to the United States Sentencing Guidelines the Court must reduce his previously served federal sentence. By Memorandum Opinion and Order entered on August 7, 2009, the Court denied Taylor's petition and dismissed the action. By Memorandum Opinion and Order entered on September 4, 2009, the Court denied a motion for reconsideration filed by Taylor. On September 15, 2009, the Court received another motion for reconsideration from Taylor. Taylor's current motion for reconsideration is DENIED for the reasons expressed in the Court's prior Memorandum Opinions. Taylor's motion to reconsider (Docket No. 31) will be DENIED.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Taylor and counsel for the United States.

An appropriate Order shall issue.

                /s/      REP
                Robert E. Payne
                Senior United States District Judge

Richmond, Virginia
Date: October 9, 2009